B6C (Official Form 6C) (4/13)

In re **Vera D McFarland**, Debtor

Case No. **14-12014amc**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash on hand | 11 U.S.C. § 522(d)(5) | 45.00 | 45.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| TD Checking account xxx9228 | 11 U.S.C. § 522(d)(5) | 657.00 | 657.00 |
| **Household Goods and Furnishings** | | | |
| Misc. used household appliances, furnishings, and goods, including small electronics | 11 U.S.C. § 522(d)(3) | 726.50 | 1,453.00 |
| **Wearing Apparel** | | | |
| MIsc. used clothing | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Wedding rings | 11 U.S.C. § 522(d)(4) | 200.00 | 200.00 |
| Misc. used costume jewelry | 11 U.S.C. § 522(d)(4) | 10.00 | 10.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| TSP retirement account through work | 11 U.S.C. § 522(d)(12) | 100% | 7,514.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2013 maximum estimted tax refund | 11 U.S.C. § 522(d)(5) | 700.00 | 700.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Potential cause of action from slip and fall down SEPTA subway steps | 11 U.S.C. § 522(d)(11)(D) | 15,000.00 | 15,000.00 |
| Total: | | **25,052.50** | **25,779.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt