# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-12014-AMC

VERA D MCFARLAND

6153 CATHERINE ST.

PHILADELPHIA, PA 19143

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    VERA D MCFARLAND

    6153 CATHERINE ST.

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    ALFONSO G MADRID, ESQ.
    757 SOUTH 8TH ST

    PHILADELPHIA, PA 19147-

Date: 12/18/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee