CERTIFICATION OF SERVICE

I hereby certify that on this date, true and correct copies of the DEBTOR'S MOTION FOR FOR DETERMINATION OF FINAL CURE AND PAYMENT OF ALL POST-PETITION MORTGAGE PAYMENTS and Notice thereof, has been served by first class mail upon:

>Brian A. Hudson, Executive Director
>Pennsylvania Housing Finance Agency
>211 North Front St.
>Harrisburg PA 17101

I further certify that copies of the objection and notice have been served by first class mail and/or electronic notice upon the Debtor, the Trustee and U.S. Trustee.

>/s/ Alfonso Madrid
>ALFONSO MADRID, ESQ.
>Attorney for Debtor
>757 South 8th St.
>Philadelphia PA 19147
>(215) 925-1002
>(215) 689-4809 (fax)
>alfonsomadrid.esq@gmail.com