IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vera D. McFarland <br> <u>Debtor(s)</u> | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY <br> <u>Secured Creditor</u> <br> vs. | NO. 14-12014 AMC |
| Vera D. McFarland <br> <u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| William C. Miller Esq. <br> <u>Trustee</u> | |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor's Motion for Determination of Final Cure, filed on June 27, 2019, is hereby resolved as follows.

2. As of July 10, 2019, Debtor is current on all pre-petition arrears on the mortgage held by Secured Creditor on Debtor's residence.

3. As of July 10, 2019, the mortgage held by Secured Creditor on Debtor's residence is due for August 1, 2019.

4. If the instant bankruptcy is terminated by dismissal, this agreement shall be null and void, and is not binding upon the parties.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date: July 10, 2019     By: <u>/s/Rebecca A. Solarz, Esq.</u>
                                            Rebecca A. Solarz, Esquire
                                            Attorney for Secured Creditor

Date: July 10, 2019        <u>/s/ Alfonso G. Madrid, Esq.</u>
                                            Alfonso G. Madrid
                                            Attorney for Debtor(s)

Approved by the Court this ____ day of _____, 2019. However, the court retains discretion regarding entry of any further order.

 

_____
Bankruptcy Judge
Ashely M. Chan