United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12014-amc
Vera D McFarland                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John            Page 1 of 1        Date Rcvd: Jul 11, 2019
                       Form ID: pdf900        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             +Vera D McFarland,    6153 Catherine St.,    Philadelphia, PA 19143-2205
NONE           +Mystic Dunes, LLC,    7900 Mystic Dunes Lane,    Celebration, FL 34747-2501
13416130       +U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
13393775       +U.S. Bank, N.A. (Trustee for PHFA),    211 N. Front St.,    PO Box 15057,
                 Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:29     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 12 2019 03:02:06     Absolute Resolutions Corp.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 12 2019 11:05:24     Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud, MN  56302-9617
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Vera D McFarland alfonsomadridlawECF@gmail.com
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DOUGLAS M LEAVITT    on behalf of    Mystic Dunes, LLC leavitt@ds-l.com, filing@ds-l.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Vera D. McFarland <br> _Debtor(s)_ | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY <br> _Secured Creditor_ <br> vs. | NO. 14-12014 AMC |
| Vera D. McFarland <br> _Debtor(s)_ | 11 U.S.C. Section 362 |
| William C. Miller Esq. <br> _Trustee_ | |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor's Motion for Determination of Final Cure, filed on June 27, 2019, is hereby resolved as follows.

2. As of July 10, 2019, Debtor is current on all pre-petition arrears on the mortgage held by Secured Creditor on Debtor's residence.

3. As of July 10, 2019, the mortgage held by Secured Creditor on Debtor's residence is due for August 1, 2019.

4. If the instant bankruptcy is terminated by dismissal, this agreement shall be null and void, and is not binding upon the parties.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date:   July 10, 2019                By: /s/Rebecca A. Solarz, Esq.
                                          Rebecca A. Solarz, Esquire
                                          Attorney for Secured Creditor


Date:   July 10, 2019                 /s/ Alfonso G. Madrid, Esq.
                                          Alfonso G. Madrid
                                          Attorney for Debtor(s)

Approved by the Court this  11th  day of  July                        , 2019.  However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan