United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 14-12014-amc
Vera D McFarland                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Nov 15, 2019
                     Form ID: 138NEW    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db             +Vera D McFarland,    6153 Catherine St.,    Philadelphia, PA 19143-2205
NONE           +Mystic Dunes, LLC,    7900 Mystic Dunes Lane,    Celebration, FL 34747-2501
13265409       +KML Law Group PC,    701 Market St.,    Ste 5000,    Philadelphia, PA 19106-1541
13265413       +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13265416       +Sterling United Portfolio,    Pob 300639,    Fern Park, FL 32730-0639
13416130       +U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
13393775       +U.S. Bank, N.A. (Trustee for PHFA),    211 N. Front St.,    PO Box 15057,
                 Harrisburg, PA 17105-5057
13380202        US Department of Education,    PO Box 16448,    St Paul, MN 55116-0448
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:31      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2019 04:07:12      Absolute Resolutions Corp.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2019 04:05:22      Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud, MN  56302-9617
13269295        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 04:08:07
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13366258       +E-mail/Text: bnc@atlasacq.com Nov 16 2019 04:04:06      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13368960        E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:33      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13265408        E-mail/Text: cio.bncmail@irs.gov Nov 16 2019 04:04:14      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13265407       +E-mail/Text: bankruptcy@diamondresorts.com Nov 16 2019 04:04:19      Diamond Resorts FS,
                 10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
13305004        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2019 04:05:21      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13265410       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2019 04:05:08      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13265412       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2019 04:04:18      PECO Energy,
                 2301 Market St., N3-1,    Philadelphia, PA 19103-1380
13312973       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2019 04:04:18      PECO Energy Company,
                 c/o Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13265411       +E-mail/Text: blegal@phfa.org Nov 16 2019 04:05:11      Pa Housing Finance Agency,
                 211 N Front St,    Harrisburg, PA 17101-1406
13440883        E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2019 04:07:12
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13265414        E-mail/Text: clientservices@sourcerm.com Nov 16 2019 04:06:11      Source Receivables Management,
                 4615 Dundas Dr,    Suite 102,    Greensboro, NC 27407
13294843        E-mail/Text: appebnmailbox@sprint.com Nov 16 2019 04:05:06      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13265417       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2019 04:03:29
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 19
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13265415       ##+Stellar Recovery Inc.,    4500 Salisbury Rd,    Suite 10,    Jacksonville, FL 32216-8035
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Nov 15, 2019
                              Form ID: 138NEW             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Vera D McFarland alfonsomadridlawECF@gmail.com
              ANDREW F GORNALL    on behalf of Creditor   U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DOUGLAS M LEAVITT    on behalf of    Mystic Dunes, LLC leavitt@ds-l.com,   filing@ds-l.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Vera D McFarland
      Debtor(s)                                   Bankruptcy No: 14−12014−amc
                                                                        Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                  900 Market Street
                                        Suite 400
                                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                                      Timothy B. McGrath
                                                                       Clerk of Court

Dated: 11/15/19

                                                                                                           97 − 96
                                                                              Form 138_new