```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                        Case No. 14-12014-amc
Vera D McFarland                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin              Page 1 of 2          Date Rcvd: Dec 06, 2019
                              Form ID: 3180W           Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
```
db             +Vera D McFarland,    6153 Catherine St.,    Philadelphia, PA 19143-2205
13416130       +U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
13393775       +U.S. Bank, N.A. (Trustee for PHFA),    211 N. Front St.,    PO Box 15057,
                 Harrisburg, PA 17105-5057
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 07 2019 03:10:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2019 03:09:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2019 03:09:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13269295        EDI: AIS.COM Dec 07 2019 07:43:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13366258       +EDI: ATLASACQU.COM Dec 07 2019 07:43:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13368960        E-mail/Text: megan.harper@phila.gov Dec 07 2019 03:10:20     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13265408        EDI: IRS.COM Dec 07 2019 07:43:00      Department of the Treasury,    Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13305004        EDI: JEFFERSONCAP.COM Dec 07 2019 07:43:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
13305004        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 07 2019 03:09:49      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13312973       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 07 2019 03:08:51      PECO Energy Company,
                 c/o Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13294843        EDI: NEXTEL.COM Dec 07 2019 07:43:00      Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
13380202        EDI: ECMC.COM Dec 07 2019 07:43:00      US Department of Education,    PO Box 16448,
                 St Paul, MN 55116-0448
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
```
              ALFONSO G. MADRID    on behalf of Debtor Vera D McFarland amadrid@clsphila.org
              ANDREW F GORNALL    on behalf of Creditor   U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DOUGLAS M LEAVITT    on behalf of   Mystic Dunes, LLC leavitt@ds-l.com, filing@ds-l.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Dec 06, 2019
                              Form ID: 3180W           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Trustee For The Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Trustee For The Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Vera D McFarland** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–0572** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number: **14–12014–amc** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vera D McFarland

12/5/19     **By the court:**     <u>Ashely M. Chan</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W     **Chapter 13 Discharge**     page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**