United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-12014-amc
Vera D McFarland                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Dec 27, 2019
                            Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
db              +Vera D McFarland,    6153 Catherine St.,    Philadelphia, PA 19143-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:
       ALFONSO G. MADRID    on behalf of Debtor Vera D McFarland amadrid@clsphila.org
       ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Trustee For The
        Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
       DOUGLAS M LEAVITT    on behalf of    Mystic Dunes, LLC leavitt@ds-l.com,   filing@ds-l.com
       JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
        ecfemails@ph13trustee.com
       LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Trustee For The
        Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
       LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
        dmaurer@pkh.com;mgutshall@pkh.com
       REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Trustee For The
        Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Trustee For The
        Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
        philaecf@gmail.com
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Vera D McFarland                                          : Case No. 14–12014–amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , December 27,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

        By The Court

        Ashely M. Chan
        Judge , United States Bankruptcy Court